IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ROY LEE SMITH, )
 )
    Plaintiff, )
 )
v. ) CV 315-079
 )
MR. H. MILLER, Senior Correctional )
Officer, CCA Wheeler; MR. MAURICE )
COX, Senior Correctional Officer, CCA )
Wheeler; MS. ROGERS, L.T.; and MS. )
S. MILLS, L.T., )
 )
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 12). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. nos. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 13th day of January, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE